**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANYTHONY WAYNE COMBS,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of the<br>Social Security Administration,<br><br>　　　　　Defendant. | Case No. CV 16-02580-AS<br><br>**JUDGMENT** |

　　IT IS ADJUDGED that this action is DISMISSED with prejudice.

Dated: August 29,2017.

　　　　　　　　　　　　　　　　　　　　／s／
　　　　　　　　　　　　　　　　　ALKA SAGAR
　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE